USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/6/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CITYLIGHTS DISTRIBUTION, LLC,

              Plaintiff,

-against-

FANX, INC., *doing business as* GAMEDAY VR,

              Defendant.

23-CV-8397 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS Plaintiff has filed proof of service as to Defendant, Dkt. 7;

WHEREAS the deadline to answer or otherwise respond to the Complaint has elapsed for Defendant, Dkt. 7;

WHEREAS Defendant has neither appeared or answered; and

IT IS HEREBY ORDERED that Plaintiff must move for an order to show cause why default judgment should not be entered against Defendant, in accordance with this Court's Individual Practices, by no later than **November 20, 2023**.

**SO ORDERED.**

Date: November 6, 2023
      New York, New York

                                  **VALERIE CAPRONI**
                               **United States District Judge**