# EXHIBIT B

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER (914) 419-2508 | FOR COURT USE ONLY |
|---|---|---|
| Kravit Smith LLP<br>75 South Broadway, Suite 400<br>White Plains NY 10601<br>ATTORNEY FOR  Plaintiff | | |
| SOUTHERN DISTRICT, NEW YORK<br>500 Pearl Street<br>New York, NY 10007 | | |
| SHORT TITLE OF CASE:<br>CityLight Distribution LLC v. FanX, Inc. | | |
| DATE:         TIME:         DEP./DIV. | | CASE NUMBER:<br>1:23-cv-8397 |
| Proof of Service | | Ref. No. or File No:<br>CityLights |

1. At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the:
   Civil Cover Sheet; Complaint; Summons in a Civil Action; Rule 7.1 Disclosure Statement; SDNY Electronic Case Filing Rules and Instructions ; Individual Practices in Civil Cases Valerie Caproni, United States District Judge

2. Party Served: **FanX, LLC d/b/a Gameday VR**

3. Address: **22 Observation Pl, Oakland, CA 94611**

   On: **10/5/2023**            At: **03:30 PM**

4. I served the Party named in item 2, by serving:
   Andrew Won (Gender: M Age: 50 Height: 5'8" Weight: 170 Race: Asian Hair: Black Other: 50's)
   Chief Executive, Person Authorized to Accept

5. A declaration of diligence and/or mailing is attached, if applicable.

Person attempting service:

   a. Name: **Damon Pulido**
   b. Address: **1000 Corporate Center Drive Suite 110, Monterey Park, CA 91754**
   c. Telephone number: **213-628-6338**
   d. I am a: **Independent Contractor, Contra Costa County, Registration Number 849**
   e. The fee for this service was: **106.50**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.



**JANNEY & JANNEY**
LEGAL SUPPORT SERVICE

Damon Pulido                                              Date: **10/06/2023**

Proof of Service                                            Invoice #: 8304975