# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

CITYLIGHTS DISTRIBUTION, LLC

                  **Plaintiff(s),**

                  1:23 Civ. 8397 (VEC)

    - against -

**CLERK'S CERTIFICATE OF DEFAULT**

FANX, INC. d/b/a GAMEDAY VR

                  **Defendant(s),**

-------------------------------------------------------------X

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on 9/22/2023 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) FanX, Inc. by personally serving Andrew Won, CEO of FanX, Inc. on 10/5/2023, and proof of service was therefore filed on 10/13/2023, Doc. #(s) 7.

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

**Dated: New York, New York**

      November 20, 20 23

                                        **RUBY J. KRAJICK**
                                        Clerk of Court

                            **By:** _____
                                           **Deputy Clerk**