USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/21/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
CITYLIGHTS DISTRIBUTION, LLC,                  :
                                                :
                            Plaintiff,          :
                                                :
            -against-                           :     23-CV-8397 (VEC)
                                                :
FANX, INC. d/b/d GAMEDAY VR,                   :     ORDER TO SHOW
                                                :          CAUSE
                            Defendant.          :
-------------------------------------------------------------- X

HON. VALERIE CAPRONI, United States District Judge:

Upon the Declaration of Philip M. Smith in Support of Entry of Default Judgment executed on November 20, 2023 ("Smith Declaration"), the supporting papers submitted therewith, and the complaint in this action (Dkt. No. 1),

IT IS HEREBY ORDERED that Defendant FanX, LLC d/b/a Gameday VR show cause before this Court on **December 21, 2023**, at **3:00 P.M**., in Courtroom 443, the United States Courthouse, 40 Foley Square, New York, New York, why an order should not be issued pursuant to Federal Rule of Civil Procedure 55 entering default judgment against Defendant.

IT IS FURTHER ORDERED that no later than **November 30, 2023,** Plaintiff is directed to send a copy of this Order, the Smith Declaration, and the Proposed Default Judgment to Defendant's Chief Executive Officer, Andrew Won by email to andy@gamedayvr.com and by Federal Express next day delivery to Defendant at 22 Observation Place, Oakland, California 94611.  Plaintiff is directed to file proof of mailing on ECF no later than **December 1, 2023**.

IT IS FURTHER ORDERED that any responsive papers from Defendant must be filed no later than **December 14, 2023**.

**SO ORDERED.**

Date:  **November 21, 2023**
       **New York, NY**

       **VALERIE CAPRONI**
       **United States District Judge**