USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/21/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CITYLIGHTS DISTRIBUTION, LLC,

                    Plaintiff,

-against-

FANX, INC., *doing business as* GAMEDAY VR,

                    Defendant.

23-CV-8397 (VEC)

ORDER

---

VALERIE CAPRONI, United States District Judge:

    WHEREAS the parties appeared before the Court for an Order to Show Cause Hearing why default judgment should not be entered on December 21, 2023, *see* Dkt. 16; and

    WHEREAS Defendant appeared, *see* Dkt. 21.

    IT IS HEREBY ORDERED that Defendant must either move or respond to the complaint by no later than **January 5, 2024**.

    IT IS FURTHER ORDERED that at any time, upon a joint request, the Court can enter a referral to the Honorable Gary Stein, U.S. Magistrate Judge, for a settlement conference.

**SO ORDERED.**

Date:  December 21, 2023
         New York, New York

                                        **VALERIE CAPRONI**
                                        **United States District Judge**